AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No.   1:25-MJ-160 |
| Margarito RAMIREZ-REYES | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 27, 2025, in the county of Saratoga in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Margarito RAMIREZ-REYES, an alien, native and citizen of Mexico, being an alien who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to his reapplication for admission to the United States. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Steven Lansing, U.S. Homeland Security Investigations

*Printed name and title*

Attested to by the Affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 27, 2025

*Judge's signature*

City and State:   Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge

*Printed name and title*

*Continuation Sheet, United States v. Margarito RAMIREZ-REYES*

On May 27, 2025, at approximately 07:50 A.M., Enforcement and Removal Operations (ERO) Albany conducted a targeted enforcement operation at Margarito RAMIREZ-REYES' (RAMIREZ-REYES) place of residence located in Saratoga Springs, New York. ERO observed RAMIREZ-REYES leave the residence and start walking on the street. ERO stopped RAMIREZ-REYES on foot on the corner of Phila Street and Henry Street in Saratoga Springs, where ERO verified RAMRIEZ-REYES' identity. RAMIREZ-REYES was advised he was under arrest. RAMIREZ-REYES transported to the Albany ERO sub office for further processing.

Upon arrival at the station, biographical information and fingerprints were entered into Department of Homeland Security databases for the individual. Record checks revealed RAMIREZ-REYES is a citizen of Mexico and has been previously deported from the United States to Mexico, on multiple occasions. On February 20, 2018, RAMIREZ-REYES was arrested by the United States Border Patrol near Jacumba, California; processed for Expedited Removal; and actually, removed to Mexico through San Luis, Arizona on February 21, 2018. On March 3, 2018, RAMIREZ-REYES was arrested by United States Border Patrol near Nogales, Arizona. On March 5, 2018, RAMIREZ-REYES pled guilty to 8 USC 1325(a)(1) and sentenced to 60 days incarceration. On May 2, 2018, ICE removed RAMIREZ-REYES to Mexico through Nogales, Arizona.